JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DAVID KIEBLER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336 (phone)
702-388-5087 (fax)
david.kiebler@usdoj.gov
*Attorney for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANNEMARIE PETERSON,<br><br>          Defendant. | Case No. 2:23-cr-218-RFB<br><br>**MOTION TO DISMISS INFORMATION** |

      This case is set for trial on March 25, 2024. The parties' joint status report is due on February 27, 2024. No filings are presently due. As such, the United States moves to dismiss the Information without prejudice.

      DATED: January 12, 2024

                                                  Respectfully submitted,

                                                  JASON M. FRIERSON
                                                  United States Attorney

                                                  /s/ David Kiebler
                                                  DAVID KIEBLER
                                                  Assistant United States Attorney

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-218-RFB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ANNEMARIE PETERSON, | |
| Defendant. | |

The Court FINDS good reason to GRANT the United States' motion to dismiss and HEREBY ORDERS that the Information is dismissed, without prejudice.

DATED: February 7, 2024

_____
U.S. District Judge

2